KATE POWELL, as Administratrix of JESSE POWELL, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Powell* v. *N. Y. C. & H. R. R. R. Co.*, 86 App. Div. 629, affirmed.
(Argued November 24, 1903; decided December 15, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 22, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. H. Cowie* for appellant.

*William Kennedy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Not sitting: GRAY, J.